IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony P. Leofanti,<br><br>          Plaintiff,<br>vs.<br><br>Chapman Bell Road Imports, LLC,<br><br>          Defendant. | No. CV-15-01558-PHX-SPL<br><br>**ORDER** |

Pursuant to Plaintiffs' Notice (Doc. 6),

**IT IS ORDERED** that this matter is dismissed in **its entirety with prejudice**, with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

Dated this 4th day of September, 2015.

                                            Honorable Steven P. Logan
                                            United States District Judge